UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| iHEALTHCARE, Inc.<br><br>      *Plaintiff*<br> v.<br><br>BARBARA GREENE, HILTON HUDSON, M.D., and PAUL JONES, M.D.<br><br>      *Defendants* | Case No.<br><br>2: 11-CV-396-JVB-APR |

### DEFENDANT BARBARA GREENE'S MOTION TO DISQUALIFY COUNSEL

Pursuant to Indiana Rules of Professional Conduct 1.7 and 3.7, Defendant, Barbara Greene ("Greene"), by counsel, hereby respectfully moves for the disqualification of Harold E. Collins and his law firm Collins & Collins.  In support of her Motion, Greene incorporates by reference and as fully incorporated as part of her motion defendant, Paul Jones's Memorandum of Law in Support of His Motion to Disqualify Counsel [DE #24] and all exhibits thereto [DE #'s 24-1, 24-2, 24-3, 24-4, 24-5, 24-6, 24-7 and 24-8].

WHEREFORE, Greene respectfully requests that this Court disqualify Harold E. Collins and the law firm of Collins & Collins from the participation of this matter, and any other relief the Court deems fair and just.

January 29, 2012        Respectfully submitted,

                   BARBARA GREENE

                   /s/ Steven P. Lammers
                   Robert A. Anderson, Attorney No. 15359-71
                   Steven P. Lammers, Attorney No. 26443-64
                   KRIEG DEVAULT LLP
                   833 West Lincoln Highway, Suite 410W
                   Schererville, IN 46375
                   Phone: (219) 227-6100
                   randerson@kdlegal.com

slammers@kdlegal.com

Jeffrey C. McDermott, Atty. No. 11247-49
KRIEG DEVAULT LLP
12800 North Meridian Street, #300
Carmel, IN 46032
Phone: (317) 636-4341
jmcdermott@kdlegal.com

Mark W. Bina
KRIEG DEVAULT LLP
30 N. LaSalle Street, Suite 3516
Chicago, IL 60602
Phone: (312) 423-9300
mbina@kdlegal.com

*Attorneys for Barbara Greene*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2012, I electronically filed the above and foregoing pleading or paper with the United States District Court for the Northern District of Indiana using the ECF system which sent notification to the following counsel of record:

Harold E. Collins
Collins & Collins
8 South Michigan Avenue, Suite 1414
Chicago, IL 60603
harold.collins@collinsandcollins.com

John K. Henning
Jan Michelson
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
john.henning@odnss.com
jan.michelsen@odnss.com

Matthew S. Ryan
Law Offices of Matthew S. Ryan
33 North Dearborn Street, Suite 600
Chicago, IL 60602
matt@mattryanlaw.com

The foregoing pleading or paper was also served on the following by depositing a copy of the same in the United States Mail, first-class postage prepaid on January 30, 2012:

Chester H. Foster, Jr.
Justin B. Foster
Foster, Kallen & Smith
3825 West 192nd Street
Homewood, IL 60430

/s/ Steven P. Lammers
Steven P. Lammers

KD_3901258_1.DOCX